DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL DAVID WEINSTEIN,**
Appellant,

v.

**JENNIFER WEINSTEIN,**
Appellee.

No. 4D2024-2244

[October 29, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2021-DR-002626-XXXX-SB.

Michael D. Weinstein, Fort Lauderdale, pro se.

Jonathan S. Root and Christopher A. Tiso of Jonathan S. Root, P.A., Boca Raton, for appellee.

METZGER, ELIZABETH, Associate Judge.

The former husband appeals the trial court's post-dissolution enforcement order. The former husband raises five issues on appeal. We affirm the trial court's rulings on four of the issues without discussion.

On the fifth issue, the former husband argues that the trial court erred by granting the former wife's motion for entitlement to fees. "A finding of entitlement to attorney's fees without a determination of the amount of fees is not appealable." *See Dania Beach Boat Club Condo. Ass'n, Inc. v. Forcier*, 290 So. 3d 99, 102 (Fla. 4th DCA 2020) (citations omitted).

The former husband's appeal of the trial court's finding of entitlement to attorney's fees is premature. As a result, that portion of the appeal is dismissed for lack of jurisdiction.

*Affirmed in part, dismissed in part.*

KUNTZ, C.J., and CONNER, J., concur.

*     *     *

*Not final until disposition of timely-filed motion for rehearing.*